FREDERICK W. COLE, Appellant, *v.* GEORGE A. STEARNS, Respondent.

*Cole* v. *Stearns*, 23 App. Div. 446, affirmed.
(Argued March 19, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1897, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury.

*Eustace Conway* and *Charles R. Westbrook* for appellant.

*Guy C. Frisbie* and *Oscar Frisbie* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY A. KNOPE, Respondent, *v.* JOSEPH NUNN, Appellant.

(Argued March 20, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 8, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*John H. Hopkins* for appellant.

*John A. Bernhard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.